**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Dustin Higgs , | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. _____ |
| Charles Daniels, | ) ) | Capital Case |
| Warden, | ) ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Petitioner Dustin Higgs, through counsel, respectfully moves the Court for leave to proceed *in forma pauperis*, and in support states:

1.    Petitioner is an indigent federal death row inmate incarcerated at the United States Penitentiary in Terre Haute.

2.    In a separate document being filed in this Court on this same date, Petitioner is submitting, through undersigned counsel, a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

3.    Petitioner has been incarcerated since 1999.  He has no assets or sources of income.  Petitioner has been found indigent and has been permitted to proceed *in forma pauperis* by every court to consider his case including the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, the United States Supreme Court, and this Court (*see* Case No. 2:16-cv-96, Doc. 9).

1

2

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable

Court grant his Motion for Leave to Proceed In Forma Pauperis.  A proposed Order is attached.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

2

**Certificate of Service**

I, Matthew Lawry, hereby certify that on this 16th day of August, 2016, I submitted the foregoing Motion for Leave to Proceed In Forma Pauperis with service via first class mail and email to:

James A. Crowell IV
Sujit Raman
Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

Josh Minkler
United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/ Matthew C. Lawry_____
Matthew C. Lawry