## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| Dustin Higgs  , | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2016, upon Petitioner's request for

leave to proceed in forma pauperis, it is hereby ORDERED that the request is GRANTED.

Petitioner may file without prepayment of fees.

SO ORDERED.


_____

United States District Judge