**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**


DUSTIN JOHN HIGGS,                              )
                                               )
                          Petitioner,          )
v.                                             )          No: 2:16-cv-0321-JMS-MJD
                                               )
CHARLES DANIELS, Warden,                       )
                                               )
                          Respondent.          )


**E N T R Y**

The petitioner's request to proceed *in forma pauperis* [dkt 2] is **granted.**

IT IS SO ORDERED.


Date:  August 18, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Distribution:

Electronically Registered Counsel