UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN JOHN HIGGS,                       )
                                         )
                      Petitioner,        )
v.                                       )        No: 2:16-cv-0321-JMS-MJD
                                         )
CHARLES DANIELS, Warden,                 )
                                         )
                      Respondent.        )

## **APPEARANCE**

Comes now Josh J. Minkler, United States Attorney for the Southern District

of Indiana, and enters his appearance as counsel for the United States of America.


Respectfully Submitted,


JOSH J. MINKLER
United States Attorney


By:    s:/ James R. Wood                          
       James R. Wood
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       E-mail: Bob.Wood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2016, a copy of the foregoing was filed electronically.    Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.    Parties may access this filing through the Court's system.

Matthew C. Lawry
Federal Community Defender
Email: matthew_lawry@fd.org

By:    s/James R. Wood
        James R. Wood
        Assistant United States Attorney