**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO ORDER TO SHOW CAUSE**

Petitioner Dustin Higgs, through counsel, respectfully moves for an extension of thirty (30) days within which to respond to the Court's Entry and Order to Show Cause [Filing No. 7], and in support states:

1.     On August 16, 2016, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, which raises a claim that Petitioner's convictions are unconstitutional in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015).  [Filing No. 3].

2.     On September 1, 2016, the Court issued an Entry and Order to Show Cause requiring Petitioner to show that his habeas claim may properly be asserted pursuant to the savings clause of 28 U.S.C. § 2255(e) on or before September 27, 2016.  [Filing No. 7 at 1].

3.     Undersigned counsel has been diligently working on a response to the Court's Order.  Due to competing deadlines in other cases, counsel will nonetheless not be able to submit a professionally appropriate response by the current deadline.  Petitioner therefore respectfully requests that he be granted an additional thirty (30) days, until October 27, 2016, within which to respond to the Court's Order.

4.      Counsel for Petitioner has conferred with counsel for Respondent, Assistant United States Attorney James R. Wood, who has indicated that Respondent has no objection to this request.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable Court grant his Unopposed Motion for Extension of Time.  A proposed Order is attached.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Dated:  September 22, 2016

2

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 22nd day of September, 2016, I filed

the foregoing Motion using the Court's CM/ECF program, with electronic service

provided to the following individual:

James R. Wood
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Bob.Wood@usdoj.gov


/s/ Matthew C. Lawry
Matthew C. Lawry