**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of

Petitioner's Unopposed Motion for Extension of Time to Respond to Order to Show Cause, and

for good cause shown, it is hereby ORDERED that the motion is GRANTED.  Petitioner shall

file his response to the Court's Order of September 1, 2016 [Filing No. 7] on or before October

27, 2016.

IT IS SO ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana