**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this 27th day of September, 2016, upon consideration of Petitioner's

Unopposed Motion for Extension of Time to Respond to Order to Show Cause, and for good

cause shown, it is hereby ORDERED that the motion is GRANTED.  Petitioner shall file his

response to the Court's Order of September 1, 2016 [Filing No. 7] on or before October 27,

2016.


IT IS SO ORDERED.


_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Copies to counsel of record electronically registered.