**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                         )
                                           )
                    Petitioner,            )
v.                                         )        No: 2:16-cv-00321-JMS-MJD
                                           )
CHARLES DANIELS, Warden,                   )
                                           )
                    Respondent.            )

**Third Order to Show Cause**

The respondent shall have **through March 8, 2017** in which to answer the allegations of

the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should

not be granted. The petitioner shall have thirty (30) days after service of the answer in which to

reply.

IT IS SO ORDERED.

Date: 2/21/2017

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov