UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of thirty (30) days, to and including March 23, 2017, to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of its motion, the Respondent advises as follows:

1.      In October 2000, Petitioner Dustin J. Higgs was convicted by jury in the United States District Court for the District of Maryland of three counts of first-degree murder committed in the perpetration or attempted perpetration of a kidnapping, three counts of kidnapping resulting in death, and three counts of using a firearm during and in relation to a crime of violence, and was sentenced to death. *United States v. Higgs*, 353 F.3d 281 (4th Cir. 2003).  He is currently incarcerated at the United States Penitentiary located in Terre Haute, Indiana.

2.      After the Fourth Circuit Court of Appeals denied Higgs's

application to file a second or successive motion under 28 U.S.C. § 2255,[1]

Higgs, with the assistance of counsel, Matthew C. Lawry, filed a Petition For

A Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "§ 2241 Petition"

or "Petition") on August 16, 2016.  Dkt. #3.  As in his application to file a

second or successive § 2255 motion, Higgs, relying on *Johnson v. United

States*, 135 S.Ct. 2551 (2015), contends that his three counts of using a

firearm during and in relation to a crime of violence cannot be upheld under

18 U.S.C. § 924(c)(3)(B) because that clause's definition of a crime of violence

requires the same "ordinary case" analysis that the Supreme Court deemed

unconstitutional in *Johnson*.  Dkt #3, p. 6;  Dkt. #11, p. 4.  He requests this

Court, *inter alia*, to "permit Petitioner to file a memorandum of law in

support of [his] petition" and direct the government to file an answer.

3.      On September 1, 2016, the Court ordered Higgs to show that his

"habeas claim(s) may be properly asserted pursuant to the savings clause of

28 U.S.C. § 2255(e)." Dkt. # 7.  Higgs complied and filed a response to the

court's order on October 27, 2016.  Dkt. #11.  In his response, Higgs requests

"60 days in which to prepare and file a memorandum of law in support of the

merits of [his] § 2241 petition."  Dkt. #11, p. 13.

4.      On December 6, 2016, this Court, without mention of Higgs's

---

[1] *In re Higgs*, No. 16-0008, Order (4th Cir. June 27, 2016) (unpublished).

requests to file a memorandum of law, ordered the Respondent to answer the allegations of the habeas petition on or before December 30, 2016.  Dkt. #12.

5.     The Respondent recently became aware that he had not answered the allegations of the habeas petition and apologizes to the Court and the Petitioner for his oversight.

6.     In order to gather information and to fully and completely respond to the claim(s) raised in Higgs's § 2241 Petition, an extension of time is required.

7.     No additional extensions are anticipated.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to Higgs's claim(s) and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including March 23, 2017, to respond to Higgs's § 2241 Petition.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:    s/ James R. Wood
          James R. Wood
          Chief, Appellate Division
          Office of the United States Attorney
          10 W. Market St., Suite 2100
          Indianapolis, Indiana 46204-3048
          Telephone: (317) 226-6333
          Fax: (317) 226-6125
          E-mail: Bob.Wood@usdoj.gov


3

## CERTIFICATE OF SERVICE

I certify that on February 21, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all ECF-registered counsel of record *via* email generated by the Court's ECF system.

> By:    s/ James R. Wood
> James R. Wood
> Chief, Appellate Division
> Office of the United States Attorney
> 10 W. Market St., Suite 2100
> Indianapolis, Indiana 46204-3048
> Telephone: (317) 226-6333
> Fax: (317) 226-6125
> E-mail: Bob.Wood@usdoj.gov

4