**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of

Petitioner's Unopposed Motion for Extension of Time to Reply to Return to Order to Show

Cause, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

Petitioner shall file his reply to the Return to Order to Show Cause on or before May 22, 2017.

IT IS SO ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana