**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this 14th day of April, 2017, upon consideration of Petitioner's

Unopposed Motion for Extension of Time to Reply to Return to Order to Show Cause,

and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

Petitioner shall file his reply to the Return to Order to Show Cause on or before May 22, 2017.

IT IS SO ORDERED.

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to
counsel of record
electronically
registered.