# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO REPLY TO RETURN TO ORDER TO SHOW CAUSE

Petitioner Dustin Higgs, through counsel, respectfully moves for an extension of thirty (30) days within which to reply to Respondent's Return to Order to Show Cause, ECF No. 16, and in support states:

1. On August 16, 2016, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, which raises a claim that Petitioner's convictions are unconstitutional in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). ECF No. 3.

2. On September 1, 2016, the Court issued an Entry and Order to Show Cause requiring Petitioner to show that his habeas claim may properly be asserted pursuant to the savings clause of 28 U.S.C. § 2255(e) on or before September 27, 2016. ECF No. 7 at 1.

3. After receiving an unopposed extension of time, Petitioner filed his Response to the Court's Order on October 27, 2016. ECF No. 11.

4. On December 6, 2016, this Court issued a Second Order to Show Cause, directing Respondent to show cause within thirty days why the relief sought by the petitioner should not be granted, and allowing petitioner thirty days thereafter in which to reply. ECF No. 12.

5.     Respondent failed to file a timely return, but was subsequently granted until March 22, 2017, in which to file its return.  Respondent filed the Return on March 22.  After being granted an unopposed extension of time, Petitioner's reply is now due to be filed by May 22.

6.     Undersigned counsel will not be able to submit a professionally appropriate reply by the current deadline.  Counsel filed an extensive memorandum of law in the Western District of Pennsylvania on behalf of a death sentenced prisoner on April 12.  Counsel then spent the next two weeks working solely on the Arkansas case of Kenneth Williams, who was executed on April 27.  Counsel must file a motion for evidentiary hearing on May 18, and last week was ordered to file a supplemental brief in the Third Circuit on May 19.

7.     In addition, a Supreme Court case, *Sessions v. Dimaya*, No. 15-1498, will likewise address issues pertinent to this case.  As of the date of this motion, the Supreme Court has not yet decided *Dimaya*.[1]  Because *Dimaya* will inform the parties' briefing and the Court's resolution of the legal questions in this case, Petitioner respectfully submits that an extension of time is also warranted given the pendency of *Dimaya*.

8.     Petitioner therefore respectfully requests that he be granted an additional thirty (30) days, until June 21, 2017, within which to file his reply.

9.     Counsel for Petitioner has conferred with counsel for Respondent, Assistant United States Attorney James R. Wood, who has indicated that Respondent has no objection to this request.

---

[1] *Dimaya* was argued on January 17, 2017.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable Court grant his Unopposed Motion for Extension of Time.  A proposed Order is attached.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Dated:  May 15, 2017

## CERTIFICATE OF SERVICE

I, Matthew Lawry, hereby certify that on this 15th day of May, 2017, I filed the

foregoing Motion using the Court's CM/ECF program, with electronic service provided

to the following individual:

James R. Wood
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Bob.Wood@usdoj.gov


/s/ Matthew C. Lawry
Matthew C. Lawry