**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                          )
                                            )
            Petitioner,          )
                                            )
v.                                          )        No. 2:16-cv-00321-JMS-MJD
                                            )
CHARLES DANIELS, Warden,                    )
                                            )
            Respondent.          )

**ORDER**

AND NOW, this 16th day of June, 2017, upon consideration of Petitioner's

Motion for Extension of Time to Reply to Return to Order to Show Cause, and for good

cause shown, it is hereby ORDERED that the motion is GRANTED.  Petitioner shall file

his reply to the Return to Order to Show Cause on or before July 21, 2017.


      IT IS SO ORDERED.



Date: 6/16/2017

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

All electronically registered counsel of record via CM/ECF