**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO RETURN TO ORDER TO SHOW CAUSE**

Petitioner Dustin Higgs, through counsel, respectfully moves for an extension of time in which to reply to Respondent's Return to Order to Show Cause, ECF No. 16, and in support states:

1.      On August 16, 2016, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, which raises a claim that Petitioner's convictions are unconstitutional in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015).  ECF No. 3.

2.      On September 1, 2016, the Court issued an Entry and Order to Show Cause requiring Petitioner to show that his habeas claim may properly be asserted pursuant to the savings clause of 28 U.S.C. § 2255(e) on or before September 27, 2016.  ECF No. 7 at 1.

3.      After receiving an unopposed extension of time, Petitioner filed his Response to the Court's Order on October 27, 2016.  ECF No. 11.

4.      On December 6, 2016, this Court issued a Second Order to Show Cause, directing Respondent to show cause within thirty days why the relief sought by the petitioner should not be granted, and allowing petitioner thirty days thereafter in which to reply.  ECF No. 12.

5.      Respondent failed to file a timely return, but was subsequently granted until March 22, 2017, in which to file its return.  Respondent filed the Return on March 22.  After being granted unopposed extensions of time, Petitioner's reply is now due to be filed by July 21.

6.      In Petitioner's last request for an extension of time, Petitioner referenced a Supreme Court case, *Sessions v. Dimaya*, No. 15-1498, that will likely address issues pertinent to this case.  On June 26, 2017, the Supreme Court ended its Term and ordered that *Dimaya* will be reargued and decided next Term.  *See Dimaya*, No. 15-1498, Order (June 26, 2017).

7.      Because *Dimaya* will inform the parties' briefing and the Court's resolution of the legal questions in this case, and because the Court has already granted an extension to await the Supreme Court's decision in *Dimaya*, Petitioner respectfully submits that a further extension of time is warranted to await the Supreme Court's decision.  In light of the Supreme Court's schedule, a six-month extension, until December 29, 2017, is appropriate.

8.      This Court granted a similar request for an extension pending the decision in *Dimaya* in *Allen v. Daniels*, No. 2:16-cv-257-JMS-MJD, Order (S.D. Ind. June 29, 2017).

9.      Counsel for Respondent, Assistant United States Attorney James R. Wood, has authorized counsel to represent that Respondent does not object to this request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant an extension, until December 29, 2017, to file his reply.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable Court grant his Motion for Extension of Time. A proposed Order is attached.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Dated: July 13, 2017

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 13th day of July, 2017, I filed the

foregoing Motion using the Court's CM/ECF program, with electronic service provided

to the following individual:

James R. Wood
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Bob.Wood@usdoj.gov


/s/ Matthew C. Lawry
Matthew C. Lawry