**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time,

and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file reply to return to order to show cause,

dkt. [25], is GRANTED.

Petitioner shall file his reply to the Return to Order to Show Cause on or before March

29, 2018.

So ORDERED.


Date: 1/3/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

Electronically registered counsel of record via CM/ECF