**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                          )
                                            )
                Petitioner,                 )
                                            )
v.                                          )        No. 2:16-cv-00321-JMS-MJD
                                            )
CHARLES DANIELS, Warden,                    )
                                            )
                Respondent.                 )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time,

and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file reply to return to order to show cause is

GRANTED.

Petitioner shall file his reply to the Return to Order to Show Cause on or before June 27,

2018.

So ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date:   March ___, 2018