**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                )
                                  )
              Petitioner,         )
                                  )
v.                                )        No. 2:16-cv-00321-JMS-MJD
                                  )
CHARLES DANIELS, Warden,          )
                                  )
              Respondent.         )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time,

and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file reply to return to order to show cause is

GRANTED [27].

Petitioner shall file his reply to the Return to Order to Show Cause on or before June 27,

2018.

So ORDERED.

Date: 3/26/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record.