UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DUSTIN JOHN HIGGS,                        )
                                          )
                    Petitioner,           )
                                          )
            v.                            )        No. 2:16-cv-00321-JMS-MJD
                                          )
CHARLES DANIELS,                          )
                                          )
                    Respondent.           )

**Order Lifting Stay and Directing Further Proceedings**

The Court stayed this action pending the Supreme Court's resolution of *United States v. Davis*, No. 18-431. The Supreme Court issued a decision in *Davis* on June 24, 2019. Accordingly, this action is no longer stayed.

Respondent shall have **through August 9, 2019**, in which to file a supplemental brief addressing how the Supreme Court's decision in *Davis* impacts the issues in this action. Petitioner shall have **through September 6, 2019**, to file a responsive supplemental brief.

The clerk is **directed** to re-open this action on the docket.

**IT IS SO ORDERED.**

Date: 6/26/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov