UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern

District of Indiana, by Brian Reitz, Assistant United States Attorney for the

Southern District of Indiana, and enters his appearance as counsel for the

Respondent.


Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 9, 2019, a copy of the foregoing was filed electronically.   Notice of this filing will be sent to all ECF-registered counsel of record *via* email generated by the Court's ECF system.

s/ Brian Reitz

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov