**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPLY TO
SUPPLEMENTAL RETURN TO ORDER TO SHOW CAUSE**

Petitioner Dustin Higgs, through counsel, respectfully moves for an

extension of time to October 7, 2019, in which to reply to Respondent's Return to

Order to Show Cause, ECF No. 16, and in support states:

1.     On March 21, 2019, this Court stayed proceedings pending the United

States Supreme Court's decision in *United States v. Davis*, No. 18-431. [Filing No.

30].

2.     On June 24, 2019, the United States Supreme Court entered its decision

in *Davis*, ruling inter alia that the definition of "crime of violence" in 18 U.S.C. §

924(c)(3)(B) is unconstitutional. *United States v. Davis*, 139 S. Ct. 2319 (2019).

3.     On June 26, 2019, this Court lifted its stay of proceedings and ordered Respondent to file a supplemental brief by August 9, 2019, and Petitioner to file a responsive supplemental brief by September 6, 2019. [Filing No. 31].

4.     On August 9, 2019, the Government filed its supplemental brief, designated as a supplemental return to order to show cause. [Filing No. 33]. The Government acknowledges the significance of *Davis*, but raises new arguments that Petitioner is not entitled to relief under 28 U.S.C. § 2241.

5.     Undersigned counsel will not be able to submit a professionally appropriate response to the Government's new arguments by the current deadline. Counsel is required to make filings in several other cases, including an appellate filing that is due on September 6 and cannot be extended.

6.     In addition, Petitioner notes that the Government obtained a 30 day extension of time in which to file its similar supplemental brief in the case of *Paul v. Superintendent*, No. 2:13-cv-00304-JMS-MJD, which is also pending in this Court. *Paul*, Order of Aug. 7, 2019 [Filing No. 229]. Petitioner submits that it would be appropriate and helpful both for Petitioner and for the Court to have the opportunity to review the Government's filing in *Paul*.

7.     Counsel for Petitioner has conferred with counsel for Respondent, Assistant United States Attorney Brian Reitz, who has indicated that Respondent has no objection to this request.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Court grant his unopposed motion for extension of time. A proposed Order is attached.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: August 30, 2019

## CERTIFICATE OF SERVICE

I, Matthew Lawry, hereby certify that on this 30th day of August 2019, I

filed the foregoing Reply using the Court's CM/ECF program, with electronic

service provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry