# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

DUSTIN JOHN HIGGS,                )
                                  )
    Petitioner,            )
                                  )
v.                                )  No. 2:16-cv-00321-JMS-MJD
                                  )
CHARLES DANIELS, Warden,          )
                                  )
    Respondent.            )

## ORDER

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file reply to supplemental return to order to show cause is GRANTED.

Petitioner shall file his reply to the Supplemental Return to Order to Show Cause on or before October 7, 2019.

So ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana