**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file reply to supplemental return to order to show cause, dkt. [34], is GRANTED.

Petitioner shall file his reply to the Supplemental Return to Order to Show Cause on or before October 7, 2019.

So ORDERED.

Date: 9/3/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF