**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,         )
                                   )
            Petitioner,     )
                                   )
v.                        )      No. 2:16-cv-00321-JMS-MJD
                                 )
CHARLES DANIELS, Warden,   )
                                 )
            Respondent.   )

**ORDER**

This matter having come before the Court on Petitioner's motion to hold proceedings in suspense, and the Court having duly considered the motion, it is hereby ORDERED:

1.     Petitioner's motion to hold proceedings in suspense is GRANTED;

2.     Petitioner shall seek relief under 28 U.S.C. § 2255 in the appropriate court within 30 days of this Order;

3.     Counsel for Petitioner shall report to the Court the status of the § 2255 proceedings ninety days from the date of this Order and every ninety days thereafter.

So ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana