**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                    )
                                      )
                    Petitioner,       )
                                      )
v.                                    )          No. 2:16-cv-00321-JMS-MJD
                                      )
CHARLES DANIELS, Warden,              )
                                      )
                    Respondent.       )

**NOTICE OF FILING AND
RENEWED MOTION TO HOLD PROCEEDINGS IN SUSPENSE**

Petitioner Dustin Higgs, through counsel, hereby gives notice of filing the attached Application for Leave to File a Successive Motion Under 28 U.S.C. § 2255 in the United States Court of Appeals for the Fourth Circuit.

On September 30, 2019, Petitioner moved to hold these proceedings in suspense pending litigation of a request for leave to file a successive § 2255 motion in the Fourth Circuit. [Filing No. 36]. The Warden has not responded to that motion, and the Court has not ruled on it.

Having filed the attached application, Petitioner renews his request that the Court hold proceedings in this Court in suspense, pending the outcome of the litigation in the Fourth Circuit (and further litigation if the Fourth Circuit grants

1

Petitioner's request). A proposed order granting the requested relief was attached to the original motion to hold proceedings in suspense. [Filing No. 36-1].

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: January 8, 2020

# CERTIFICATE OF SERVICE

I, Matthew Lawry, hereby certify that on this 8th day of January 2020, I filed

the foregoing notice using the Court's CM/ECF program, with electronic service

provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry