**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,                           )
                                             )
                    Petitioner,              )
                                             )
v.                                           )            No. 2:16-cv-00321-JMS-MJD
                                             )
CHARLES DANIELS, Warden,                     )
                                             )
                    Respondent.              )

**NOTICE OF DECISION**

Petitioner Dustin Higgs, through counsel, hereby gives notice of the attached decision by the United States Court of Appeals for the Fourth Circuit denying his Application for Leave to File a Successive Motion Under 28 U.S.C. § 2255.

Given the Fourth Circuit's rulings, Petitioner's prior requests to hold proceedings in this Court in abeyance pending the outcome of the Fourth Circuit proceedings [Filings No. 36, 37] are now moot.

Pursuant to this Court's Order of June 26, 2019, [Filing No. 31], Petitioner now has the opportunity to file a responsive supplemental brief. Petitioner

1

respectfully requests that the Court allow him approximately 30 days in which to do so.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: February 11, 2020

## CERTIFICATE OF SERVICE

I, Matthew Lawry, hereby certify that on this 11th day of February 2020, I

filed the foregoing notice using the Court's CM/ECF program, with electronic

service provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry