**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA        :

     V.                    :     **CRIMINAL NO. PJM-98-0520**

DUSTIN JOHN HIGGS          :

                   ...oooOooo...

**VERDICT SHEET**

1.    Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Tamika Black?

     Guilty ___✓___       Not Guilty _____

If you find the defendant guilty of first degree premeditated murder, please skip Question 2. If you find the defendant not guilty to Question 1, please proceed to Question 2. In either case, please answer Questions 3, 4, 5 and 6.

2.    Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Tamika Black?

     Guilty _____       Not Guilty _____

3.    Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Tamika Black?

     Guilty ___✓___       Not Guilty _____

4.    Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Tamika Black?

     Guilty ___✓___       Not Guilty _____

5.    If you find the defendant guilty of the kidnapping of Tamika Black, did the kidnapping result in her death?

     Yes ___✓___       No _____

6.    Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Tamika Black?

     Guilty ___✓___       Not Guilty _____

7.  Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Mishann Chinn?

Guilty ___✓___          Not Guilty _____

If you find the defendant guilty of first degree premeditated murder, please skip Question 8. If you find the defendant not guilty to Question 7, please proceed to Question 8. In either case, please answer Questions 9, 10, 11 and 12.

8.  Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Mishann Chinn?

Guilty _____          Not Guilty _____

9.  Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Mishann Chinn?

Guilty ___✓___          Not Guilty _____

10.  Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Mishann Chinn?

Guilty ___✓___          Not Guilty _____

11.  If you find the defendant guilty of the kidnapping of Mishann Chinn, did the kidnapping result in her death?

Yes ___✓___          No _____

12.  Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Mishann Chinn?

Guilty ___✓___          Not Guilty _____

2

13.    Is the defendant, Dustin John Higgs, guilty or not guilty of the first degree premeditated murder of Tanji Jackson?

Guilty    ✓             Not Guilty       

If you find the defendant guilty of first degree premeditated murder, please skip Question 14. If you find the defendant not guilty to Question 13, please proceed to Question 14. In either case, please answer Questions 15, 16, 17 and 18.

14.    Is the defendant, Dustin John Higgs, guilty or not guilty of the second degree murder of Tanji Jackson?

Guilty                 Not Guilty       

15.    Is the defendant, Dustin John Higgs, guilty or not guilty of murder committed during the perpetration of the kidnapping of Tanji Jackson?

Guilty    ✓             Not Guilty       

16.    Is the defendant, Dustin John Higgs, guilty or not guilty of the kidnapping of Tanji Jackson?

Guilty    ✓             Not Guilty       

17.    If you find the defendant guilty of the kidnapping of Tanji Jackson, did the kidnapping result in her death?

Yes    ✓             No       

18.    Is the defendant, Dustin John Higgs, guilty or not guilty of using a firearm in the commission of a crime of violence, that is either the murder or kidnapping of Tanji Jackson?

Guilty    ✓             Not Guilty       

_____           _____
Date                                           Foreperson