**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

DUSTIN JOHN HIGGS,            )
                             )
            Petitioner,       )
                             )
v.                           )         No. 2:16-cv-00321-JMS-MJD
                             )
CHARLES DANIELS, Warden,      )
                             )
            Respondent.       )

**PETITIONER'S MOTION**
**TO HOLD PROCEEDINGS IN ABEYANCE**

Petitioner Dustin Higgs, through counsel, respectfully requests that the Court hold proceedings on this petition in abeyance pending a decision by the United States Supreme Court in *Borden v. United States*, No. 19-5410, 2020 WL 981806 (U.S. March 2, 2020). In support thereof, Mr. Higgs states the following:

1.     On March 21, 2019, this Court stayed proceedings pending the United States Supreme Court's decision in *United States v. Davis*, No. 18-431. [Filing No. 30].

2.     On June 24, 2019, the United States Supreme Court entered its decision in *Davis*, ruling inter alia that the definition of "crime of violence" in 18 U.S.C. § 924(c)(3)(B) is unconstitutional. *United States v. Davis*, 139 S. Ct. 2319 (2019).

3.      On June 26, 2019, this Court lifted its stay of proceedings and ordered Respondent to file a supplemental brief by August 9, 2019, and Petitioner to file a responsive supplemental brief by September 6, 2019. [Filing No. 31].

4.      On August 9, 2019, the Government filed its supplemental brief, designated as a supplemental return to order to show cause. [Filing No. 33]. The Government acknowledged the significance of *Davis*, but raised new arguments that Petitioner is not entitled to relief under 28 U.S.C. § 2241.

5.      One of the Government's primary arguments was that, following *Davis*, Mr. Higgs potentially had a remedy under 28 U.S.C. § 2255, by requesting that the Fourth Circuit permit him to file a successive § 2255 motion in the District of Maryland.

6.      In an abundance of caution, Petitioner filed such a motion. As previously reported to the Court, that motion was denied on February 6, 2020. [Filing Nos. 39 and 39-1].

7.      Together with this motion, Petitioner is filing his responsive supplemental brief regarding *United States v. Davis*, 139 S. Ct. 2319 (2019). In that brief, Petitioner points out that the Supreme Court has granted certiorari review of a related case, *Borden v. United States*, No. 19-5410, 2020 WL 981806 (U.S. March 2, 2020). In light of the fact that a decision in *Borden* may have an

2

impact on this litigation, Petitioner respectfully requests that the Court hold proceedings here in abeyance pending a decision in *Borden*.

8.      Counsel for Petitioner has attempted to contact counsel for Respondent, Assistant United States Attorney Brian Reitz, but has not received a response yet regarding Respondent's position as to this request.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Court grant his motion to hold the proceedings in suspense. A proposed Order is attached.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: March 23, 2019

3

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 23d day of March 2020, I filed

the foregoing motion using the Court's CM/ECF program, with electronic service

provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry