**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on Petitioner's motion to hold proceedings in abeyance, and the Court having duly considered the motion, it is hereby ORDERED:

1.    Petitioner's motion to hold proceedings in abeyance is GRANTED;

2.    These proceedings will be held in abeyance until the Supreme Court renders its decision in *Borden v. United States*, No. 19-5410, 2020 WL 981806 (U.S. March 2, 2020);

3.    Counsel for Petitioner shall notify the Court within seven days of the decision in *Borden*.

So ORDERED.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana