UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN JOHN HIGGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 2:16-cv-00321-JMS-MJD |
| | ) |
| CHARLES DANIELS, | ) |
| | ) |
| Respondent. | ) |

**Final Judgment**

The Court now enters final judgment. The petition for a writ of habeas corpus is **denied**.

Date: 4/30/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER
matthew_lawry@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov