**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| DUSTIN JOHN HIGGS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:16-cv-00321-JMS-MJD |
| | : | |
| v. | : | |
| | : | |
| CHARLES DANIELS, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Dustin Higgs, Plaintiff in the above named case hereby appeals to the United State Court of Appeals for the Seventh Circuit from an Order denying Petitioner's Writ of Habeas Corpus on April 30, 2020, Document 42.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street
Curtis Center, Suite 545 West
Philadelphia, PA  19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Counsel for Plaintiff
Dustin John Higgs

Dated:  June 26, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, the foregoing was filed electronically through

ECF/CM.  Notice of this filing will be sent to the following parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system:

Brian L. Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN  46204

/s/ Matthew C. Lawry
Matthew C. Lawry