**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00321-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF FILING**

Petitioner Dustin Higgs, through counsel, hereby gives notice of filing the attached Order issued yesterday by the United States Court of Appeals for the Fourth Circuit.

As the Court is aware, the Government moved to amend the trial court's sentencing judgment and order to authorize execution of Mr. Higgs in Indiana and pursuant to Indiana law. The United States District Court for the District of Maryland denied that motion. *United States v. Higgs*, Criminal No. PJM 98-520, 2020 WL 7707165 (D. Md. Dec. 29, 2020). The Government has appealed that decision.

On January 7, 2021, the Fourth Circuit issued the attached order. Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 7, 2021). The Government has since moved for expedited argument and for a decision by January 12, 2021.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: January 8, 2021

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 8th day of January 2021, I filed

the foregoing notice using the Court's CM/ECF program, with electronic service

provided to the following individual:

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: Brian.Reitz@usdoj.gov

/s/ Matthew C. Lawry
Matthew C. Lawry